# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-5014**  **September Term 2008**

1:08-cv-01535
1:06-cv-01912

**Filed On: February 27, 2009** [1167726]

Citizens for Responsibility and Ethics in Washington,

    Appellee

    v.

United States Department of Homeland Security and Allen Weinstein, in his official capacity as Archivist of the United States,

    Appellants

------------------------------

Consolidated with 09-5015

### O R D E R

Upon consideration of appellants' unopposed motion to consolidate, it is

**ORDERED** that the motion be granted, and these cases are hereby consolidated.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

      BY:    /s/
            Mark A. Butler
            Deputy Clerk